**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01423-CV

### CITIBANK(SOUTH DAKOTA), N.A., Appellant

### V.

### MICHAEL AND THANH TRAN, Appellees

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 05-14313-D**

## ORDER

Before the Court is Appellees' July 3, 2013 motion for extension of time in which to file a motion for rehearing in this case. The motion is **GRANTED**. Appellees' motion is due **on or before July 22, 2013.**

/ELIZABETH LANG-MIERS
JUSTICE